# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1464

_____

Willie Watson,                                              *
                                                           *
          Appellant,                                   *
                                                           *   Appeal from the United States
    v.                                                    *   District Court for the
                                                           *   Eastern District of Missouri.
Neighbors Credit Union; Lawrence                           *
Geesing; Tri-Star Recovery Towing,                         *   [UNPUBLISHED]
                                                           *
          Appellees.                                   *

_____

Submitted: September 4, 2009
Filed:  October 5, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Willie Watson appeals the district court's[1] dismissal of his complaint seeking disclosure of documents under the Freedom of Information Act, 5 U.S.C. § 552. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we agree with the district court that the Freedom of Information Act does not apply to any named defendant. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.